Austin C. Nate (17789)
anate@rqn.com
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500

Lisa M. Holubar (*pro hac vice*)
lholubar@irwinip.com
Ifti Zaim (*pro hac vice*)
izaim@irwinip.com
**IRWIN IP LLP**
150 N. Wacker Drive
Suite 700
Chicago, IL 60606
Telephone: 312-667-6080

*Attorneys for Defendant/Counterclaim Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MOORE MACHINE TOOLS LLC, a Utah Limited Liability Company; and NUKON USA, LLC, a Utah Limited Liability Company f/k/a NUKONUS, LLC,<br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>FURKAN AYDIN, an Individual; KATHERINE FAY, an Individual; and FAY MAKINA NORTH AMERICA LLC, a Utah LLC,<br>Defendants, and<br><br>NUKON LAZER MAKINA METAL SANAYI VE TICARET A.Ş., a Turkish Joint Stock Company,<br>Defendant/Counterclaim Plaintiff,<br><br>v. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:24-cv-00793-DDB-CMR<br>Judge David B. Barlow<br>Chief Magistrate Judge Cecilia M. Romero |

| | |
|---|---|
| NUKON USA, LLC, a Utah Liability Company f/k/a NUKONUS, LLC and MATTHEW MOORE,<br>Counterclaim Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff/Counterclaim Defendant Nukon USA, LLC and Counterclaim Defendant Matthew M. Moore (the "Moore Parties"), on the one hand, and Defendant/Counterclaim Plaintiff Nukon Lazer Makina Metal Sanayi ve Ticaret A.Ş. ("Nukon Turkey") (together Nukon Turkey and the Moore Parties are the "Parties"), on the other hand, through their undersigned counsel and pursuant to their confidential settlement agreement, that all claims, counterclaims, and causes of action asserted in the above-entitled action between the Parties, including any such claims or counterclaims asserted before this action was consolidated into Case No. 2:24-cv-00793-DBB-CMR, are dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with none of the Parties deemed a prevailing party as against any other.

IT IS FURTHER STIPULATED THAT each of the Parties shall bear its own attorney's fees, costs and expenses.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and the dismissal requested herein are limited solely to the claims, counterclaims, and causes of action between the Parties and nothing in this Stipulation, the parties' confidential settlement agreement, or the Proposed Order filed herewith dismisses, releases, resolves, adjudicates, compromises, limits, or otherwise affects any claims, counterclaims, defenses, rights, or remedies by or between Moore Machine Tools LLC, Nukon USA, LLC and/or Matthew M. Moore, on the one hand, and Furkan

Aydin, Katherine Fay, and/or Fay Makina North America LLC, on the other hand. All such claims, counterclaims, defenses, rights, and remedies are expressly excluded and preserved.

WHEREFORE, the Parties have stipulated and respectfully request that the Court enter the Proposed Order filed herewith.

Dated: July 7, 2026

*/s/ Lisa M. Holubar*
Austin C. Nate #17789
anate@rqn.com
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500

Lisa M. Holubar (Pro Hac Vice Granted)
lholubar@irwinip.com
Ifti Zaim (Pro Hac Vice Granted)
izaim@irwinip.com
**IRWIN IP LLP**
150 N. Wacker Drive
Suite 700
Chicago, IL 60606
Telephone: (312) 667-6080

*Attorneys for Nukon Lazer Makina Metal Sanayi Ve Ticaret A.Ş.*

Respectfully Submitted,

*/s/ Spencer W. Young**
Spencer W. Young, #16993
syoung@strongandhanni.com
Wesley J. Alexander, #19430
walexander@strongandhanni.com
Courtney N. Gamangasso, #20208
cgamangasso@strongandhanni.com
**STRONG & HANNI**
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for Moore Machine Tools, Nukon USA, LLC, and Matthew Moore*

*/s/ Ryan M. Merriman**
Ryan M. Merriman
Jarom R. Jones
rmerriman@btjd.com
jjones@btjd.com
**BENNETT TUELLER JOHNSON & DEERE**
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 438-2000

*Attorneys for Furkan Aydin et. al.*

*permission to sign granted via email July 7, 2026

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via ECF on July 7, 2026, upon all counsel of record.

/s/ *Jennifer Frangella*
Jennifer Frangella, Paralegal