**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MOORE MACHINE TOOLS LLC, a Utah Limited Liability Company, NUKON USA, LLC, a Utah Limited Liability Company f/k/a NUKONUS, LLC,<br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>FURKAN AYDIN, an Individual; KATHERINE FAY, an Individual; and FAY MAKINA NORTH AMERICA LLC, a Utah LLC,<br>Defendants, and<br><br>NUKON LAZER MAKINA METAL SANAYI VE TICARET A.Ş., a Turkish Joint Stock Company,<br>Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>NUKON USA, LLC, a Utah Liability Company f/k/a NUKONUS, LLC and MATTHEW MOORE,<br>Counterclaim Defendants. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:24-cv-00793-DDB-CMR<br>Judge David B. Barlow<br>Chief Magistrate Judge Cecilia M. Romero |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Upon the Stipulation of Plaintiff/Counterclaim Defendant Nukon USA, LLC and Counterclaim Defendant Matthew M. Moore (the "Moore Parties"), on the one hand, and Defendant/Counterclaim Plaintiff Nukon Lazer Makina Metal Sanayi ve Ticaret A.Ş. ("Nukon Turkey"), on the other hand, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that all claims, counterclaims, and causes of action asserted in this action between the Moore Parties, on the one hand, and Nukon Turkey, on the other hand, including any such claims or counterclaims asserted before this action was consolidated into Case No. 2:24-cv-00793-DBB-CMR, are dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that, as between the Moore Parties and Nukon Turkey, each shall bear its own attorneys' fees, costs, and expenses, and none shall be deemed a prevailing party as against any other.

IT IS FURTHER ORDERED that this Order is limited to the claims, counterclaims, and causes of action between Nukon USA, LLC and/or Matthew M. Moore, on the one hand, and Nukon Turkey, on the other hand. Nothing in this Order dismisses, releases, resolves, adjudicates, compromises, limits, or otherwise affects any claims, counterclaims, defenses, rights, or remedies by or between Moore Machine Tools LLC, Nukon USA, LLC and/or Matthew M. Moore, on the one hand, and Furkan Aydin, Katherine Fay, and/or Fay Makina North America LLC, on the other hand. All such claims, counterclaims, defenses, rights, and remedies are expressly preserved.

IT IS SO ORDERED.

Dated:

________________________________________
HON. DAVID B. BARLOW
UNITED STATES DISTRICT COURT JUDGE