Spencer W. Young, #16993
syoung@strongandhanni.com
Wesley J. Alexander, #19430
walexander@strongandhanni.com
Courtney N. Gamangasso, #20208
cgamangasso@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for Plaintiffs*

---

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MOORE MACHINE TOOLS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FURKAN AYDIN, *et al.*,<br><br>Defendants. | **NOTICE OF CLARIFICATION**<br><br>Case No. 2:24-cv-00793-DBB-CMR<br><br>Judge David B. Barlow<br><br>Chief Magistrate Cecilia M. Romero |

Pursuant to the Court's Order (the "Order"),[1] Plaintiff Moore Machine Tools LLC ("MMT"), Plaintiff Nukon USA LLC ("Nukon US"), and Third-Party Defendant Matthew M. Moore (collectively, the "Moore Parties"), by and through undersigned counsel, the law firm of Strong & Hanni, hereby submit their Notice of Clarification to the Court.

---

[1] ECF No. 93.

## BACKGROUND

MMT and Nukon US originally filed a lawsuit (the "Aydin Lawsuit") with various claims against Furkan Aydin, Katherine Fay, and Fay Makina North America LLC, a Utah Limited Liability Company (together the "Fay Makina Parties"). Separately, Nukon US filed a lawsuit (the "Nukon Turkey Lawsuit") against Nukon Lazer Makina Metal Sanayi Ve Ticaret A.Ş., a Turkish Joint Stock Company ("Nukon Turkey"). On April 9, 2026, the Aydin Lawsuit and the Nukon Turkey Lawsuit were consolidated into one case (the "Consolidated Case").[2]

After consolidation, the Moore Parties and Nukon Turkey executed a confidential settlement agreement (the "Agreement") which included a release of the claims between each of them (*i.e.*, each of the Moore Parties and Nukon Turkey), including those in the Consolidated Case. Consequently, the Parties filed a Stipulated Motion to Dismiss with Prejudice (the "Stipulated Motion") on July 7, 2026.[3]

## CLARIFICATION

Shortly after the Stipulated Motion was filed, the Court entered an Order noting that despite the Stipulated Motion, it seemed that MMT's third and eleventh causes of action were still asserted against Nukon Turkey in the Consolidated Case.[4] The Court's Order required the Parties "to clarify whether any additional claims remain against [Nukon Turkey]."[5]

To clarify, none of the Moore Parties have any remaining claims in the Consolidated Case against Nukon Turkey, and *vice versa*. All such claims have been settled and released. To reiterate

---

[2] ECF NO. 71.
[3] ECF No. 89.
[4] ECF No. 93.
[5] *Id.*

more specifically, out of an abundance of caution, MMT has no remaining claims against Nukon Turkey in the Consolidated Case. MMT is a party to the Agreement with Nukon Turkey, and consequently, MMT should have been included and regarded as a party in the Stipulated Motion.

If the Court requires any further clarification, the Moore Parties are happy to oblige.

DATED this 16th day of July, 2026.

STRONG & HANNI

*/s/ Courtney N. Gamangasso*
Spencer W. Young
Wesley J. Alexander
Courtney N. Gamangasso
*Attorneys for Plaintiffs and Matthew M. Moore*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 16th day of July, 2026, a true and correct copy of the foregoing NOTICE OF CLARIFICATION, with any exhibits and attachments, was served upon the following by the method respectively indicated below:

| | | |
|---|---|---|
| Ryan M. Merriman<br>rmerriman@btjd.com<br>Jarom R. Jones<br>jjones@btjd.com<br>BENNETT TUELLER JOHNSON & DEERE<br>3165 East Millrock Drive, Suite 500<br>Salt Lake City, UT 84121<br>Telephone: (801) 438-2000<br><br>*Attorneys for Defendants Aydin et al.* | ( )<br>( )<br>( )<br>( )<br>(X)<br>( ) | U.S. Mail, Postage Prepaid<br>Hand Delivery<br>Overnight Mail<br>Facsimile<br>Electronic Filing<br>E-mail |
| Austin C. Nate (anate@rqn.com)<br>RAY QUINNEY & NEBEKER<br>36 South State Street, Suite 1400<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-1500<br><br>*Attorney for Nukon Lazer Makina Metal Sanayi Ve Ticaret A.Ş.* | ( )<br>( )<br>( )<br>( )<br>(X)<br>( ) | U.S. Mail, Postage Prepaid<br>Hand Delivery<br>Overnight Mail<br>Facsimile<br>Electronic Filing<br>E-mail |
| Lisa M. Holubar (lholubar@irwinip.com)<br>Ifti Zaim (izaim@irwinip.com)<br>Katherine G. O'Malley (komalley@irwinip.com)<br>IRWIN IP LLP<br>150 North Wacker Drive, Suite 700<br>Chicago, IL 60606<br>Telephone: (312) 667-6080<br><br>*Attorneys for Nukon Lazer Makina Metal Sanayi Ve Ticaret A.Ş.* | ( )<br>( )<br>( )<br>( )<br>(X)<br>( ) | U.S. Mail, Postage Prepaid<br>Hand Delivery<br>Overnight Mail<br>Facsimile<br>Electronic Filing<br>E-mail |

*/s/ Courtney N. Gamangasso*
Courtney N. Gamangasso
*Attorney for Plaintiffs and Matthew M. Moore*